IN THE US DISTRICT COURT

PORTLAND OREGON DIVISION:
AN ADDRESS TO JUDGE BECKERMAN & KEEGAN MURPHY INSIDE THE BELOW RESPONSE WITH ACCOMMODATION REQUESTS UNDER ADA. IF YOU FAIL TO ACCOMMODATE I WILL SUE YOUR SOCKS OFF. IF YOU DON'T READ ANYTHING ELSE, READ THE END OF THIS DOCUMENT BECAUSE YOUR SUFFERING BEGINS TOMORROW.

CASE NO. 3:26-cv-00318-SB
JURY DEMAND

Amberly M. Williams, Ph.D. (amberlywilliams2028@gmail.com)
Plaintiff pro se

V.
City of Beaverton, Beaverton Police Department, et al.
Defendants

**PLAINTIFF'S REPLY TO BEAVERTON PD DEFENDANTS' REQUEST FOR SUMMARY JUDGMENT**

**&**

**REQUEST FOR JURY TRIAL HEARING**

(The Discovery Period is Over)

*VIOLATIONS:*

United States (U.S.) Constitution First Amendment Freedom of Religion (guaranteed protected right to sidewalk preaching), Freedom of Speech & Correspondence

H.R. 2431 International Religious Freedom Act (IRFA) (105th Congress)

Police Misconduct & Excessive Force 42 U.S.C. § 1983 & FOURTH AMENDMENT REASONABLENESS (Abuse of Power; Unlawful Handcuff (unnecessary, inappropriate restraint), Arrest, Incarceration, Citation) causing undue public humiliation, emotional distress, time losses (psychological impact of unlawful police actions) anxiety, depression, panic attacks, disability exacerbation

of already severely U.S. Army gas-chamber disabled TBI/PTSD Veteran.
U.S. Fifth Amendment: Right to Remain Silent Miranda Rights in absence of a search warrant: Failure to Administer Miranda Warning
18 U.S. Code § 1905 - (Unlawful) Police Disclosure of Confidential Information
Health Insurance Portability & Accountability Act (HIPAA) Violation of Protected Privacy Information
U.S. Eight Amendment: Cruel & Unusual Punishment (UNSANITARY LIVING ENVIRONMENT)
Fourteenth Amendment Due Process Clause for jail conditions
42 U.S.C. § 1983 Police Failure to Address Serious Health Issues while incarcerated. Failure to provide toilet paper, bedding, & disability accommodations for severely disabled veteran
Americans with Disabilities Acts (ADA)
Sixth Amendment Right to Legal Counsel
Wrongful Arrest resulting in wrongful criminal arrest record inhibiting employment.
US Court Martial Article 114 Endangerment Offenses for Reckless Endangerment of Person with Disability

*Good morning, Your Honor,*

*After the suicide of my 35-year-old daughter on 9/16/26,*

*I am suffering grief exhaustion on top of my disabilities and am still suicidal myself.*

I am not well enough to address the Defendants' entire Request for Summary Judgment. Here are the main points. ***Do you mind if I use pictures, images, my artwork, enlarge fonts, and other aids inside this document as a reasonable accommodation under the ADA*** to *help me keep my place with markers and to help me express myself in my cognitive disability and torments?* While you are faring sumptuously as in the story of *the rich man and Lazarus* of THE HOLY BIBLE, I am Lazarus suffering in my disability, poverty, homelessness, suicidal

ideation, and now at the suicide of my daughter. I would like to share my art gallery of JESUS with you. To the right, is my father, Brent ABEL Williams.

CORRECTION. I removed all of the images from this document. They are only available at Google Play Books and Lulu under my pen name, JESUS AMBER WILLIAMS

THE AUTHOR OF JESUS WARS ™

AND J-WARS ™

***PRESENTS:***

THE FORCES OF DARKNESS:

Starring:

U.S. DISTRICT COURT JUDGE STACIE BECKERMAN.

Let

AND THE OTHER FEMALE JUDGES HEREIN REPRESENT HER

&

FEATURING ONE OF SATAN'S BEST FRIENDS, SHARK/CARP ATTORNEY KEEGAN MURPHY ESQUIRE REPRESENTED AS

& LUKEWARM CARRIE MCCREERY, WIFE OF THE LATE UTMOST

NOBLE APOSTOLIC PENTECOSTAL MINISTER DENNIS MCCREERY, ESQUIRE who is MY ATTORNEY IN HEAVEN ALONG WITH MY FATHER BRENT ABEL WILLIAMS AND HIS SHREWD ANCESTRY

& Featuring, THE FORCES OF DARKNESS, STARRING:

PARTIALLY, FROM TOP TO BOTTOM AND LEFT TO RIGHT:

DEAN BIGGI; OWNER OF BG'S FOOD CARTEL IN RESPECTFUL MEMORY OF ROSE BIGGI.

FALSE PROPHET OF THE BOOK OF REVELATION SO-CALLED "PASTOR" MATHEW TODD DAVIES OF ABUNDANT LIFE PENTECOSTAL CHURCH

FIND OUT WHO MANY OF THEM ARE IN MY OTHER WONDERFUL E-MAGAZINES AT GOOGLE PLAY BOOKS UNDER JESUS AMBER WILLIAMS.

JOSHUA LYING POWERS

Ephesians 6:12:

***"For we wrestle not against flesh and blood, but against principalities, against <u>powers</u>, against the rulers of the darkness of this world, against <u>spiritual wickedness</u> in high places."***

Your Honor, for everything that happens in the physical, there is an unseen spiritual warfare waging behind the scenes. It is a warfare that will ultimately either lose or

win your soul dependent upon how you respond to THE LORD GOD ALMIGHTY. If you are not actively fighting inside the spiritual warfare, then you are already lost, given over to Satan by default.

Like the Antichristic false prophet of Abundant Life Pentecostal Church on Earth today as discussed in my free e-magazines at the Lulu Bookstore under my pen name, JESUS AMBER WILLIAMS,

Those in positions of authority and leadership who are not actively fighting in the spirit are

THE BLIND LEADING THE BLIND

Why would you walk around blind and SIP YOUR LATTES WHILE DR. AMBER WILLIAMS IS WARRING AND MINISTERING FOR EVERY SOUL AS DEMON-STRATED AT HER YOUTUBE @SECONDWITNESS:

https://www.youtube.com/@SecondWitness

Some think I am the Antichrist because they don't understand some of my activity. What do you say?

This is my favorite of my artwork images of JESUS. It took years for me to create, digital overlay over digital overlay until I arrived at this Majestic Face. Do you like my copyright EYEBALL? Your Honor, JESUS Is Watching everything you do, and the decisions you make will either bless you or haunt you; they will either go before you to YOUR JUDGMENT DAY OR THEY WILL FOLLOW AFTER YOU AND CONVICT YOU.

ATTORNEY KEEGAN MURPHY ESQUIRE, HAVE YOU EVER HEARD OF MURPHY'S LAW? Anything that CAN go wrong WILL go wrong. But there is a key here:

UNLESS YOU STOP IT.

Your Honor, my job as a street evangelist is to stop crime en mass. I have no criminal record at all. Does Joshua Powers? Would you please give me a chance to ask that at DUE PROCESS JURY TRIAL? Why have you continually sided with partiality in favor of Attorney Keegan Murphy in this case? Are you an attorney's judge because you were or are an attorney also? Do you side with the police every time, even when they are wrong, just because they are law enforcement?

Joshua POWERS lied when he said I was screaming in children's faces. He went so far as to say that *the parents were scared, too*. If you would please revisit his interrogatory I submitted as evidence (but you allowed attorney Murphy to admit evidence, but not myself):

1. Yes, Amberly Williams was standing on BG Food Cartel bench screaming at the top of her lungs at the children playing on the turf grass stating that "their heads would explode with blood from their sins by the majesty Jesus Christ" thus scaring children and the parents.
2. No

I am too disabled to stand on benches,

I do not talk nor preach using the type and nature of the words POWERS quoted,

and children and parents are not afraid of me when I preach nor otherwise. ***BG's food cartel destroyed their business' video of their children's play area and me on the sidewalk because it did not corroborate with Josh Powers' lies.***

IF YOU WILL GIVE ME A FAIR JURY TRIAL, I WILL PROVE HIS LIES TO YOU, BUT MY WITNESSES ALSO CORROBORATE.

In my AGONY and my SUICIDAL IDEATION THIS MORNING,

Your Honor, while suffering in my suicidal ideation (I have a plan), I considered how to make lemonade out of the lemons KEEGAN MURPHY AND JOSHUA POWERS have given me.

Homeless living in my car,

it sometimes gets a little chili.

I have learned to BE THANKFUL for things others take for granted such as a thick, cozy blanket, A COMFORTER:

Did you know JESUS is referred to as our COMFORTOR? He is also called the LILY OF THE VALLEY because He is always present with those who are suffering and knows how to Comfort during crisis and at any time. He is the only reason I am still living; that, and because I care about souls, including yours, Keegans, Joshua's, & Deans.

Ever had a nightmare?

***Would you please forgive me if I diverge for a moment for good reason temporarily unexplained?***

A nightmare in a frozen car might be something like an especially small penis and a FROZEN RUBBER:

Along with FROZEN TOOTS:

Ever had sex with a dog (or wanted to)?

Dog dick courtesy of French, Cecil, 1871-1951 at:

https://commons.wikimedia.org/w/index.php?search=dog+penis&title=Special%3AMediaSearch&type=image

If you're horny, click for more slick dog dicks to lick at Wikimedia Commons.

Can dogs get VD?

Illicit sex & VD image courtesy of http://www.scientificanimations.com at:

https://commons.wikimedia.org/w/index.php?search=venereal+disease&title=Special%3AMediaSearch&type=image

POLICE OFFICER TAYLOR KLUS, Would you rather have the instant gratification of a DONUT?

Tempt your illicit sex partner to have one, too, and soon:

BUTT

If you had chosen

YOGURT ZERO with Cinnamon instead, you would have had R U FAT from faring sumptuously in the face of Lazarus (starving children throughout the world) and the homeless of your community? MY FRESH HOPE DIET OFFERS COMFORT ALTERNATIVES:

RAPID WEIGHT LOSS:

https://play.google.com/store/books/details?id=yf_VEQAAQBAJ

To the proverbial you,

Why aren't you ever satisfied, MY DARLING? You always WANT what you CAN'T HAVE LIKE EVE DID IN THE GARDEN OF EDEN:

Why did JOSHUA POWERS LIE TO THE POLICE?

Reading the police report itself tells you that neither Officer Klus nor Officer Jacobs saw any of the above happen; they only saw me standing on the sidewalk, which is public fora. It becomes clear that he arrested me for refusing to leave the sidewalk, but it is not a crime to stand on the sidewalk, which was the only thing KLUS and JACOBS saw me do.

THEREFORE, THEY HAD NO PROBABLE CAUSE TO ARREST ME.

Another person's word or statements is not legal probable cause. Anyone can lie about anything. Joshua Powers LIED PROFUSELY as indicated above. Notice that Officer Klus did not ask me any time during any of the videos if I was

screaming in the faces of children. Screaming in the faces of children was not reported in the 911 call. It was a lying add-in by Powers after the call. He had time to drum up these lies before the police came; he wanted to give the police a reason to arrest me when he did not have cause for the arrest.

In the report, Officer Klus stated he believed I was having a mental health crisis, but there was no cause present at the time of the incident for him to believe so. There was no discussion between KLUS and JACOBS about me screaming in the face of children prior to the arrest. THERE IS NOTHING ON VIDEO BODY CAM about such dialogue; that was an add-in afterward.

CHIEF JEPSON admitted splicing videos is easy. Joshua Powers suggestive gesture was not there the first time I watched Jacobs' video. It mysteriously appeared the second time I watched Jacobs' video. The police and their shark are very shrewd at splicing, concealing, and covering. ATTORNEY MURPHY COMPLETED THEIR INTERROGATORIES FOR HIMSELF, AND JACOBS HAS STILL NOT SUBMITTED HIS INTERROGATORY. IT IS LATE, completely out of compliance and illegal.

Your Honor, you, Murphy, Powers, & Dean Biggi are caught up in SATANIC BONDAGE, what THE HOLY BIBLE refers to as a SPIRITUAL STRONGHOLD:

Ephesians 6:12:

"For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places."

LYING IS THE NAME OF A DEMON.

I hereby swear and affirm these things true and correct to the best of my ability.

Your Honor, I have THREE WITNESSES HERE CAPTURED ON AUDIO THAT TESTIFY AGAINST JOSHUA POWERS AND POLICE OFFICER KLUS' TESTIMONY:

1. Milton Deed Williams: https://www.youtube.com/shorts/IQF_sdVi4TE
2. Carmine Setola: https://www.youtube.com/watch?v=1vflRih25ig
3. Styles: https://www.youtube.com/watch?v=FaKfEEYUnQc

The partial transcripts to a couple of these are published below.

In general, they testify that if someone was screaming in their child's face in public, they would call the police, wait for the police to arrive, press charges, save the videos for court evidence. But there was only 1 911 call, that of lying Joshua Powers. There were no parents waiting for the police to press charges, and BG's food cartel destroyed the video evidence because they know Joshua Powers lied.

If you were a restaurant owner that had video cameras pointed in the child's play area, wouldn't you preserve a video if someone was screaming in the face of children on your property FOR COURT EVIDENCE?

JUDGE BECKERMAN, WILL YOU PLEASE BE FAIR AND HONEST IN THIS CASE INSTEAD OF SIDING WITH THE LYING, CONCEALING EVIDENCE JUST BECAUSE YOU ARE A GOD-HATER, PERHAPS A HOMOSEXUAL OR ABORTIONIST? WHY NOT UPHOLD THE TRUTH AND THE LAW AND BE A JUST JUDGE WHO TRULY ADMINISTERS JUSTICE INSTEAD OF ALLOWING YOUR SEXUAL AND RELIGIOUS PREFERENCES TO ENTER INTO YOUR DECISION-MAKING?

ATTORNEY KEEGAN MURPHY'S REQUEST FOR SUMMARY JUDGMENT MUST BE THROWN OUT BECAUSE IT CONTAINS INCORRECT MATERIAL FACTS such as to state both officers transported me to the jail. The videos show that only Klus transported me. Attorney Murphy is not careful to state only the facts, and the police have concealed the truth by muting their body cams. Would the judge please require the body cams be unmuted?

Would you mind if I ask why was the Defense Attorney Keegan Murphy was allowed to submit evidence exhibits as part of discovery, but I was not? Would Her Honor please revisit my prior evidence submissions which she excluded but which are still in the file? If they are no longer in the file, would Her Honor please let me know so I may re-file them? These include the interrogatory of JOSHUA POWERS who lied to the police saying I screamed in the face of children, but BG's Food Cart threw out their video of my presence on site because it would prove he lied to the police.

Your Honor, if you were a business owner and someone was screaming blood and Jesus in the face of children on your business property and your staff called the police, would you destroy or get rid of the video evidence? Or, wouldn't you hold it as evidence against the perpetrator? The fact that they did not preserve the video itself shows that they agreed to lie and destroy the video. What business owner

would not preserve a video of such? Rose Biggi and her family have been in business with BGs for years. They are not as ignorant as not to preserve police evidence.

There is other evidence in my prior filings that show JOSHUA POWERS lied to police, so why are you siding with the Defendants when there is plenty of evidence that I am truthful but they are lying? Judges are supposed to be impartial.

Would you please not also violate Rule 50? I deserve a fair hearing. Attorney Murphy had a chance to file a Motion to Dismiss in response to the Complaint but he chose to file an Answer instead. It does not make sense to drag the case through Discovery and waste so much time only to file a Motion to Dismiss at this time, 18 months after the incident. The Defense Attorney has dragged this case along in attempt to expire the statute of limitations, and you have demonstrated that you are on his side by agreeing with him in everything and disallowing the JOSHUA POWERS INTERROGATORY EVEN THOUGH THE COURT ISSUED THE SUBPOENA FOR IT.

# Will Judge Beckerman decide with partiality against HIGH PROFILE STREET EVANGELIST U.S. PRESIDENTIAL CANDIDATE 2028 Dr. Amber Williams?

# Despite:

# June 17, 2026 McMinnville Municipal Judge sided in Williams favor, sidewalk preaching is not disorderly conduct - YouTube:

# https://www.youtube.com/watch?v=S8Ira-bm34g

# Or:

I titled this piece, PERSECUTION. JESUS Said, Marvel not, My Brethren, if the world hate you, for, it hated Me before it hated you.

***Your Honor, would you please uphold the law, truth, & justice instead of allowing your own biases to enter in?***

This document will be uploaded to Google Play Books and Lulu Bookstore online and advertised at my YouTube as part of a soon-coming e-Magazine featuring Judge Beckerman.

Your Honor, Judges are to uphold the law and arrive at the full truth rather than making premature judgements and siding with police and attorneys based on esprit de corps. If you side with the Defense even though they are wrong in this JESUS NAME LAWSUIT, you will be responsible for their blood IN JESUS NAME. Their sins must be corrected on Earth rather than allowing them to go to Hell because they did not make restitution for wrongfully arresting, incarcerating, cruelly mistreating a street evangelist on Earth and lying and covering up about it. If you fail to punish it on Earth and if you punish me instead, God Will Punish you with Everlasting Fire & Brimstone and you will be responsible for allowing the Defendants to have innocent blood on their hands.

# And why did Herodias ask for JOHN THE BAPTIST'S HEAD ON A PLATTER?

# It was because JOHN THE BAPTIST told Herodias that she was committing

sin by committing adultery and incest, and Herodias HATED having ANYONE TELL HER THAT SHE WAS IN SIN, AND THAT SHE NEEDED TO REPENT OF HER SIN OR SHE WOULD GO TO HELL, because she LOVED her sin and did not want to REPENT of it.

A JUDGE who does not want to REPENT OF SIN will also side with a LIAR. An ATTORNEY who cares more about money than he does his own soul will REPRESENT a liar.

To the ANGER of THE ONE WHO HAS THE POWER TO CAST YOU INTO HELL FOR ETERNITY:

If you decide against His JESUS NAME Street Evangelist you risk going to Hell for ETERNITY.

To diverge again, GOD CREATED SEX, and since He Did, He Knows how to have and enjoy SEX better than anyone else. Therefore, ***I would rather have SEX with GOD*** than with anyone else. https://books.google.com/books/about?id=iucUEgAAQBAJ

Was JESUS CHRIST effeminate? Of course not!

View my Artistic Renditions of the Faces of Christ, the most realistic Faces of Christ ever seen, in most of my

# e-Magazines at Google Play Books under JESUS AMBER WILLIAMS.

Here she is again, BUT IS SHE ACTUALLY A HE?

I once wrote a book titled, THE DEMON OF HOMOSEXUALITY, because HOMOSEXUALITY truly is a demon.

Or does she simply have unwanted facial hair like I do? Read my title, THE KING AND THE BEARDED LADY at Google Play Books under my pen name JESUS AMBER WILLIAMS.

It is HOMOSEXUALS, ABORTIONIST, ILLEGAL ALIENS, AND DEMONS who FIGHT AGAINST STREET EVANGELISTS.

AND WHEN YOU FIGHT AGAINST STREET EVANGELISTS, YOU FIGHT AGAINST

GOD.

GOD spelled backward is DOG.

Would you like to have SEX WITH ME, JESUS, AND BATH-SHEEBA? Let's do that RIGHT NOW! By JESUS AMBER WILLIAMS: https://play.google.com/store/books/details?id=iucUEgAAQBAJ

Please don't

# JUDGE

What u don't fully understand. The above book is actually a ***spiritual book about demons.*** If you are not careful to understand thoroughly, you will make incorrect decisions based on only partial information (and Joshua Powers' lies & Beaverton PD & Murphy's cover-ups) and then you will suffer the consequences of doing so, for you reap what you sow and God Will Avenge any reckless decision-making on your part. A good JUDGE will not allow her own biases and opinions to enter into

her decision-making, but will, instead, make true, just, and correct judgments based on full and complete information and her decisions will align with THE LAW rather than her sexual or religious preferences and beliefs.

Since homosexuals blank each other up the blanks, they might as well blank dogs, too.

HEY P-F(L)AG:
Speaking of FARTS:

If you FIGHT AGAINST GOD, you are quite GAY to support COPS WHO COMMIT ADULTERY:

https://www.youtube.com/shorts/kaHuvGWU9Xg

AND LIE & COVER-UP like Beaverton Oregon Police do:

Beaverton Oregon Police Department Wrongfully Arrests, Incarcerates, Cites U.S. Presidential Candidate: RAVISHING FACES OF CHRIST ART BY AMBER WILLIAMS: (e-Magazine)

https://play.google.com/store/books/details?id=effgEQAAQBAJ

Find all JESUS AMBER WILLIAMS E-MAGAZINES AGAINST BEAVERTON PD AT GOOGLE PLAY BOOKS UNDER JESUS AMBER WILLIAMS including:

Williams Vs. Beaverton Police Department Officer Klus Legal Complaint in the U.S. District Court https://play.google.com/store/books/details?id=dvvlEQAAQBAJ

&

Would you hire a SILLY COP like this to REPRESENT YOUR COUNTRY?

TAYLOR KLUS, are you having an adulterous affair?

ATTORNEY MURPHY, who is RAQUEL?

Are you having an adulterous affair or thinking about having one?

YOUR HONOR, I AM ANGRY FOR GOOD REASON.

WHILE KEEGAN & KLUS ARE LAUGHING AT THEIR LYING SHENANIGANS, I AM GRIEVING AND CONTEMPLATING SUICIDE MYSELF. ARE YOU GOING TO SIDE WITH SATAN'S LIARS IN A SITUATION THAT BEARS POTENTIAL TO CAUSE ANOTHER SUICIDE? IF I END UP WRONGFULLY OWING ATTORNEY FEES AT THE HAND OF KEEGAN, KLUS AND POWERS, I WILL TAKE MY OWN LIFE BECAUSE I AM ALREADY HOMELESS. IF I OWE ATTORNEY FEES I WILL NOT BE ABLE TO AFFORD MY CAR PAYMENT. I AM ALREADY BEHIND APPROXIMATELY TWO PAYMENTS. WHY WOULD I FILE A LAWSUIT IF I TRULY WAS SCREAMING IN THE FACES OF CHILDREN? I AM A DOCTOR OF BUSINESS ADMINISTRATION WITH A SPECIALIZATION IN PUBLIC ADMINISTRATION BUT ON SOCIAL SECURITY DISABILITY BENEFITS AFTER AN ALPC CULT PASTOR'S WIFE COMMITTED

ADULTERY WITH MY HUSBAND. MY GRIEF IS AT A PEAK. AT THIS POINT, I OFFERED KEEGAN TO SETTLE WITH ME AT (I BELIEVE IT WAS) $10K, BUT HE STILL REFUSED, WHICH IS ABSOLUTELY RIDICULOUS. I DESERVE SOMETHING FOR THE CRIMINAL MISTREATMENT CRUEL AND UNUSUAL PUNISHMENT WHEREWITH THEY TREATED ME WHEN I WAS COMPLETELY INNOCENT AND SIMPLY PREACHING IN JESUS NAME. IF YOU AWARD KEEGAN AND THE DEFENDANTS, YOU WILL GO TO HELL FOREVER. I AM WARNING YOU IN JESUS NAME.

YOUR HONOR, I HATE TO ASK, BUT ARE YOU HOMOSEXUAL?

MY FINDINGS AT MY E-MAGAZINE FORUMS DEMONSTRATE:

CORRUPT HOMOSEXUAL JUDGES ARE OVERRUNNING OUR COUNTRY:

Williams Vs. Yamhill County Judges (Ladd Wiles,

Cynthia Kaufman Noble, Jennifer Chapman) in the Yamhill County & US District Courts
https://play.google.com/store/books/details?id=dyLiEQAAQBAJ

As our POLICE, JUDGES, & CONGRESS go, so goes the NATION:

A Message to Congress from The Almighty God:
https://play.google.com/store/books/details?id=xePdEQAAQBAJ

Here's my unwanted facial hair:

The King and the Bearded Lady (e-Magazine): Williams Vs. KOIN TV & McMInnville News-Register Book 1 (Hook 1): THE INTERESTING MINDSET THAT MADE THE JEWS WEALTHY: Change your thought processes to improve your lifestyle & make yourself rich.

Available at:
https://play.google.com/store/books/details?id=mnDzEQAAQBAJ&pli=1

A BIASED JUDGEMENT IN FAVOR OF SATAN COULD LAND U INTO HELL FOREVER, MY DARLING.

Or would you rather MARY a GORGEOUS KING LIKE I DID.

https://play.google.com/store/books/details?id=TVXSEQAAQBAJ

**BEAVERTON OREGON POLICE OFFICER KLUS CAUGHT LYING AGAINST JESUS NAME, YET JUDGE BECKERMAN HAS FAVORED BEAVERTON PD'S ATTORNEY IN HER DECISION-MAKING.** *Will Judge Beckerman go to Hell with Police Officer Klus, Attorney Keegan Murphy Esquire, Joshua Powers, and Dean Biggi?*

*As the Second of the Two Witnesses of THE BOOK OF REVELATION, I hereby testify against you IN JESUS NAME.*

*Please do not copy any of my images. If you would like a poster or other media of my artwork of THE MAJESTIC FACE OF JESUS or of any of my other pieces, email amberlywilliams2028@gmail.com. My artwork is available for Christmas Cards, coffee cups, shower curtains, phone cases, and other media at low cost.*

*Coming soon at Google Play Books under JESUS AMBER WILLIAMS.*

I would like to Honor my Father, the late utmost noble
**BRENT ABEL WILLIAMS.**

IN THE US DISTRICT COURT

PORTLAND OREGON DIVISION

CASE NO. 3:26-cv-00318-SB

Amberly M. Williams, Ph.D. (amberlywilliams2028@gmail.com)

*Plaintiff pro se*

*Honorably Discharged Disabled U.S. Army Veteran.*

V.

City of Beaverton, Beaverton Police Department, et al.
*Defendants*

***Your Honor, you have not been impartial in your decision-making so far in this case.*** *Just because the police are police does not mean they are always right. Police Officers and judges are human. They sometimes lie, cheat, and commit adultery.* ***Look at my video of a Police Officer whom THE LORD called out for his adultery: https://www.youtube.com/shorts/kaHuvGWU9Xg***

*THE LORD GOD ALMIGHTY Told me Officer Klus is in adultery, too. And herein, I prove he lies and the Beaverton PD covers and conceals for him.*

***I am a Prophetess.***

**PLAINTIFF'S REPLY TO**

---

Would Her Honor please notice that the police report contains a separate page with a single sentence on it that reads FEMALE ARRESTED AFTER SCREAMING RELIGIOUS PHRASES IN CHILDREN'S FACE dated received 7/28/25 at 1430:

Received - 7/28/2025 1:14:30 PM

DISORDERLY CONDUCT

Beaverton Police Department

CASE NUMBER
GO 51 2025-1791085

| CASE SUMMARY | |
|---|---|
| AUTHOR<br>KLUS, TAYLOR (61607) | DATE/TIME<br>06/29/2025 |
| SUBJECT<br>DISORDERLY CONDUCT | |
| FEMALE ARRESTED AFTER SCREAMING RELIGOUS PHRASES IN CHILDRENS FACE | |

The separate page was an ADD-IN after the fact. Otherwise, what would the purpose of it be? Below it is much empty space; there was room for it in the original report if it had been a fact at the time, but it was not. A police report would stand alone, no need for a separate add-in one-liner; But the additional page was added in after the fact to SUPPORT THE LIE THAT I WAS SCREAMING IN THE FACES OF CHILDREN WHEN I WAS NOT.

Per my online research, here is what truly happens when a stranger screams in a child's face:

Image of Kamala Harris courtesy of Lawrence Jackson at: https://commons.wikimedia.org/w/index.php?search=kamala+harris&title=Special%3AMediaSearch&type=image

LOOK AT IT HERE:

https://nypost.com/2024/10/27/us-news/kamala-harris-supporter-screams-in-little-girls-face-outside-houston-rally-with-beyonce/

The date of my incident and arrest was 6/28/25, indicating that the police report was REVISED AND MANIPULATED BETWEEN THE PERIOD OF THE TRUE TIME OF THE INCIDENT AND 7/28/25 THE DATE STAMP THE REPORT WAS RECEIVED.

I did not scream in the face of children at all during the incident. I have NEVER screamed in children's faces. As you can see from all of my other street evangelism videos at my YouTube *I NEVER APPROACH CHILDREN at all, nor anyone else while preaching, but sometimes others approach me.*

The police report said I was screaming about JESUS and babies dying. There is partial truth there; I was preaching, but I don't scream; I yell so I can be well-heard. *To state I was screaming is exaggeration, and exaggeration is lying.*

I raise my voice high enough for everyone in the vicinity to hear me over *street noise.*

If you were a MINISTER OF THE GOSPEL, would U drive a BRAND NEW BMW like False Prophet BISHOP WILLIAM WALTER DAVIES does? JESUS Rode a DONKEY for His TRIUMPHAL ENTRY.

Home of the FALSE PROPHETS  HE BOOK OF REVELATION where Tiffany Davies, Candy Dorshimer, and Crystal Ray committed adultery with my husband causing me to leave him and get into a severely disabling car accident.

It caused me a second Traumatic Brain Injury (TBI). I incurred my first TBI when I was in the U.S. Army.

My Drill Sergeant detained me in the gas chamber too long in retaliation after he made a pass at me and I rejected him.

GET GAS CHAMBER AND DEAD JEW

But I do not yet have VA Disability Benefits because I have been too severely cognitively disabled to follow-through on pursuing them. I am awaiting my VA

Disability Hearing. It has been on the docket since May of 2024 but I can't get to it because my serve TO THE LORD INCLUDING THIS LAWSUIT take precedence.

I also have PTSD from a childhood rape.

I perverted my Christianity within the context of this e-publication to demon-strate what happens when a CHRISTIAN DIVERTS FROM CLEANLINESS. THE SAME IS TRUE WHEN A JUDGE

DIVERTS FROM RIGHTEOUS DECISION-MAKING. You can also find my perverted JESUS SEX e-Magazine at Google Play. Whereas, some will judge me for having it there and say I am not a Christian, Christians can backslide, too. Will you and all of my readers please pray for me? Ministers and preachers are especially susceptible to demons. Nevertheless, I run for the U.S. Presidency IN JESUS NAME to incite repentance throughout the world, to instill peace, and to usher in THE MILLENNIAL REIGN:

https://jesusamber4president2028.yourwebsitespace.com/

THE DAY OF JUDGMENT. Every person, including you, will ultimately be judged by THE RIGHTEOUS JUDGE, JESUS CHRIST, and many will go to Hell because they rejected and denied Him, the only way to SALVATION and DELIVERANCE FROM DEMONS, DEATH, & HELL.

Read my Google Play Books e-Magazines about **the Home of the False Prophets of THE BOOK OF REVELATION** (Abundant Life Pentecostal Church / ALPC) under JESUS AMBER WILLIAMS. They are especially beguiling wolves in sheep's clothing.

WHILE NEWS MEDIA FAIL TO PUBLISH MY WORK, INCLUDING MY WARNINGS, CHINA AND RUSSIA ARE PLOTTING TO TAKE OVER AMERICA:

Are you prepared for a bomb on America? **ARMAGEDDON COMING SOON.** My e-Magazines at Google Play Books under JESUS AMBER WILLIAMS will help you prepare. We are further along in END-TIME PROPHESY than most people realize:

Biblical "Mottled Horse." Would you like to have sex with it? Because there is no telling how far down a DEMON will take you.

Find it at Google Play Books under JESUS AMBER WILLIAMS.

OUR HOUSE OF REPRESENTATIVES HAS BECOME CORRUPT. Find all of my e-magazines and e-documents including this one at Google Play Books under JESUS AMBER WILLIAMS.

I RUN FOR THE U.S. PRESIDENCY IN JESUS NAME TO REPENT THE COUNTRY. WHY WOULD SOMEONE WHO SO STRONGLY BELIEVES IN REPENTANCE AS TO STREET EVANGELIZE LIE ABOUT THIS SITUATION

when THE HOLY BIBLE warns that ALL LIARS will have their part IN THE LAKE THAT BURNETH WITH FIRE AND BRIMSTONE.

THERE IS A REASON THE EARTH IS COVERED WITH VOLCANOS. THE INSIDE OF THE EARTH IS ON HELL-FIRE:

If you will receive, obey, and serve Him, JESUS Went to Hell in your place, but if you refuse and rebel, you will go to Hell for your sins.

You really PISSED OFF JESUS.

Whom, when I was contemplating the war between ISRAEL & PALESTINE, which began with ISAAC & ISHMAEL who were brothers,

https://www.lulu.com/shop/publius-666-and-jesus-amber-williams-and-amberly-williams-and-amber-williams/we-be-brethren/ebook/product-gj8e8ky.html?q=we+be+brethren&page=1&pageSize=4

I asked GOD which ONE OF ISAAC & ISHMAEL was TRULY THE PROMISE CHILD, GOD ANSWERED, They BOTH WERE, so I asked GOD, whose NAME IS JESUS if HE ALSO GOES BY THE NAME

ALLAH

And He Answered, Yes. So, you've really PISSED OFF ALLAH, AND DO YOU KNOW WHAT HAPPENS WHEN YOU PISS OFF ALLAH?

Judge, if you don't hold people accountable for their crimes/sins now, YOU will be held accountable for their sins by vicarious respondent liability so that it is likely that you will go to Hell in their place.

***"Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap." - Galatians 6:7***

DEFINITION OF Concupiscence: Laciviousness as result of inordinate sexual desire under demonic influence; a sexual disorder of perversion.

It is not too late for you to repent and be saved.

I would like to HONOR ISRAELI PRIME MINISTER BENJAMIN NETANYAHU & I would like to DISHONOR ServiceSource of Oakton, Virginia. Find out why under JESUS AMBER WILLIAMS at Google Play Books.

About babies dying, I was preaching that if parents do not teach their children to know and serve THE LORD, they are sending their children to Hell vicariously.

*EVIDENCE 1:*

*When a stranger screams in the face of a parent's child, they will naturally CALL THE POLICE:*

https://www.bing.com/search?q=do+parents+call+the+police+if+a+stranger+is+screaming+in+their+child%27s+face&FORM=HDRSC1

BUT THERE WERE NO OTHER 911 CALLERS BUT JOSHUA POWERS.

KLUS' REPORT stated he arrived on scene where I was in a verbal argument with a customer, BUT HE WAS WEARING HIS BODY CAM AND THERE IS NO CAPTURE OF ME IN A VERBAL ARGUMENT WITH A CUSTOMER. THIS, TOO, WAS A LIE. I was not yelling at customers when they were leaving.

THERE IS NO EVIDENCE OF ME SCREAMING IN CHILDRENS FACES, NOR ARGUING WITH A CUSTOMER, NOR YELLING AT CUSTOMERS. I was simply preaching The Word of GOD as protected by the FIRST AMENDMENT.

Reading the report itself tells you that neither Officer Klus nor Officer Jacobs saw any of the above happen; they only saw me standing on the sidewalk, which is public fora. It becomes clear that he arrested me for refusing to leave the sidewalk, but it is not a crime to stand on the sidewalk, which was the only thing KLUS and JACOBS saw me do.

THEREFORE, THEY HAD NO PROBABLE CAUSE TO ARREST ME. Another person's word or statements is not legal probable cause. Anyone can lie about anything. Joshua Powers LIED PROFUSELY as indicated above. Notice that Officer Klus did not ask me any time during any of the videos if I was

screaming in the faces of children. Screaming in the faces of children was not reported in the 911 call. It was a lying add-in by Powers after the call. He had time to drum up these lies before the police came; he wanted to give the police a reason to arrest me when he did not have cause for the arrest.

In the report, Officer Klus stated he believed I was having a mental health crisis, but there was no cause present at the time of the incident for him to believe so. There was no discussion between KLUS and JACOBS about me screaming in the face of children prior to the arrest. THERE IS NOTHING ON VIDEO BODY CAM about such dialogue; that was an add-in afterward.

WHAT IF MY DAUGHTER WAS HOMOSEXUAL AND WENT TO HELL BECAUSE SOMEONE PERSUADED HER TO BE SO AND TO DEFY GOD? WOULD IT BE OKAY IF I HATED YOU FOR PERSUADING SOMEONE LIKE MY DAUGHTER, NOW IN HELL, TO BE A HOMOSEXUAL? WHY NOT ERR ON THE SIDE OF CAUTION, FOR, WHY WOULD YOU CHANCE YOUR SOUL?

DECLARATION

I base this declaration & affirm under penalty of Unites States perjury law
that the foregoing is true & correct to the best of my ability.

CERTIFICATION

Attorney Murphy and I are now serving each other electronically within the context of e-filings in the U.S. District Court. I have an email on file in which he confirmed the same.

With utmost respect submitted *to HIS EXQUISITE MAJESTY KING JESUS,* dated this 15th Day of October, 2026.

/s/

Dr. Amberly (Amber) M. Williams, M.S., Ph.D., CDE, S.PI

ph: (971) 771-4823 or (971) 901-0788; amberlywilliams2028@gmail.com

WITNESS AGAINST BEAVERTON PD:

UNEDITED TRANSCRIPT OF THE AUDIO

Hello, Mr. Styles, this is Doctor Amber Williams, the signature analyst. How are you? OK, great. Great. Uh, good. I just wanted to ask you a question, umm, just. And this does not relate to anything, Uh, this is on a different topic. Will you just let me ask you that? ***Someone starts screaming in your child's face in public about blood and Jesus. What are you going to do?*** Oh, tell him that, uh. It's a free country and I can have any religion I want and leave me alone, ***but they're***

***screaming in your child's face and your child starts crying.*** That uh, well, I would if that guy, if that's if this is cool or. That's just like the. Already should know about it. You know you should ***go right to the principal and and and. Sure. The teacher, he makes sure the teacher, you know, doesn't let it happen again***. ***What if it was like that? It what if it was like at an outdoor restaurant or something? What would you do? Oh, Lord. Well. An adult screaming in your child's face. Well, I would, uh, I would tell the establishment to get him out of there. And then if, if it was really serious, he really got like he was gonna hurt the kid or something, I'd go, I'd file a complaint against him. Well, what if your child was crying?*** Or you'd have to just settle them down and say, you know, he there's bad people in the world. And good and bad. And he was a bad one. So you would file a complaint against them. So with the kid, 'cause next time it could be worse, you know, it gets in his face. Next time you might, you know, bump him or something. You never know. Some other kid, you know, ***would you call the police? Yeah, it was bad enough if he was screaming and you're and it really upset your kid. If the restaurant owner had already called the police, would you wait for the police to arrive? Heck yeah. Uh-huh. OK. And what? You were the restaurant owner and you knew that happened and you had cameras. Would you destroy the evidence or what would you do with it? If you had a video of it. You know, if there was an act, an act of crime or aggression, I think, aren't you obligated to save that? You***

***can't just destroy evidence. You know, you can't destroy evidence. Any restaurant owner would know that you cannot destroy evidence if someone is screaming in children's faces on your property. Right, right. And do you think if someone was screaming in your child's face? Do you think it might be appropriate for them for you to take your child to mental health or, or pastoral counseling of any kind? Well, uh, it's just, uh, you know, if the, if the kid was really upset and everything, and, and especially if it's still bothers, if it brings it up, I get, definitely would,*** uh, but. Might not wanna make two big I mean it's a big deal to you and and overall, but. With the kid, you might just wanna, uh, you know, if he, if he forgets about it, then let him forget about it because. Uh, you know, you just, the more you making money, you know? Oh man, he really, you know, he might be scared of other people, you know? But yeah, I would the cop first. ***<u>I'd do it the cop and what would you? Or if you, uh, why, if you could do, if you could file, if you could, uh, like sue him or something, you know, get a lawyer, a lawyer and. For aggression, you know, and to get some money and, and make him probably don't get much, but make him realize that he can't do that.</u>*** I don't know if he have. Was he mentally ill, you think, or was he just the grower? Really, really. So OK, I guess he had to be mentally ill to do it. But but uh, you know, was he real, real crazy like him? So there's all different kinds of people. Mm-hmm Mm-hmm. OK, No, I just wanted your opinion on that. ***And so you said, you said you would call the police,***

***wait for the police to arrive, press press charges and sue them and that if you were the business owner, you would have kept the evidence.*** Okay. All right. So I appreciate you. So here's really what happened. The Beaverton. Let's see, I was preaching on the sidewalk. I'm a street evangelist. You didn't know. I was preaching on the sidewalk at next to BJ's Food Cartel in Beaverton, OR and I was preaching the Holy Bible. I'm a street evangelist and. Food cart Joshua Powers called the police and when the police arrived, he lied to them and said that I was screaming in children's faces. I was not screaming in children's faces. I was St. evangelizing. I have several videos of how I do it online. I never scream in children's faces. So I needed I needed to talk with somebody about what would really happen if I had been screaming in children's faces. This incident, Joshua Powers was the only person who called the police. There were many people there at the time, but wouldn't the parents would automatically call the police? I just wanted to talk with someone who would give me an unbiased opinion about what they would do and I'll use this as evidence in the court. Thank you. Did the restaurant owner really destroy it or No? They said they did. And so they're. But really what they're doing is they're concealing the fact that Joshua Powers lied and that I did not scream in the face of children. Thank you, Mr. Styles.

## HAVE YOU EVER SEEN A PREGNANT HOMOSEXUAL?

SINCE HOMOSEXUALS CANNOT GET PREGNANT, WHY ARE THEY AGAINST ABORTION? BUT HOMOSEXUALS AND ABORTIONISTS ARE AGAINST *ANYTHING HAVING TO DO WITH GOD.* THE NAME OF JESUS ANGERS THEM LIKE IT DID JOSHUA POWERS, AND THEN THEY WILL

LIE

TO HAVE AN INNOCENT JESUS NAME STREET EVANGELIST ARRESTED, INCARCERATED, CITED, AND TREATED WITH CRUEL & UNUSUAL PUNISHMENT WHILE IN JAIL - PLEASE REFER TO MY ORIGINAL COMPLAINT.

AND THEN THE BEAVERTON POLICE WILL COVER UP THE LIES BY MUTING THEIR BODY CAMERA VIDEOS:



BUT THE DEVIL ALWAYS SIDES WITH THE DEVIL EVEN THOUGH THE DEVIL IS WRONG.

AS JUDGE BECKERMAN HAS DONE SO FAR.

WITNESS SETOLA:

UNEDITED INCOMPLETE TRANSCRIPT BELOW. Please listen to the complete audio at the beginning of this document.

Hello, Mr. Satola. Yeah, Hi. Is Doctor Amber Williams, the vocational consultant. How are you? Oh, I'm hanging in there, taking it one day at a time. Alright, good to hear your voice. Hey, I wanted to ask you your opinion about something. Will you let me have your opinion? OK, what's, uh, what were you, uh, trying to opinionate here? OK, so and you, you and I haven't spoken for a while. Have I told you anything about the Beaverton lawsuit that I'm in? I don't believe so. And if we did maybe touch base on it, it's not. Coming up, my memory bank, OK, we have not talked about it at all, so I'll get a fresh unbiased opinion from

you. Uh, it here was the situation. If someone started screaming in your child's face, your child's face in public for any reason, just screaming in your child's face until your child begins to cry, what are you going to do about it? Well. In theory I would try to deescalate it the best way I could would. Trying to keep emotions at a minimum because you know. Your natural instinct emotion wise while you step in and get between the two and maybe get verbal back or. But that. Point escalated situation so. One you wanna separate. You would want to separate the two individuals right away and I would try. Basically I would step in place, my child is someone else is there with me. I would make sure that she was being comforted but it was just being her. Then I ultimately would almost have to deescalate by just walking away from the situation and comforting her. Uh, more than worrying about. What's really hap really happened, which is still wrong, but. We were concerned about my daughter's. Feeling at that point in time, that's how I would try to approach it. Not saying that's how I would I just. Would you, would you call the police? Well, most likely, yeah. Especially if it did, if it didn't deescalate right away. So if the if the restaurant owner, if it was at an outdoor restaurant

owner and the restaurant, uh, owner had already called the police, would you just leave or would you wait to talk to the police as a witness? I would probably wait to talk to the police as a witness. And if there was any, I mean, what about any psychological effects of the screaming in your child's face? Would you, uh, would you prosecute that? Would you want to press charges or anything? Well, there again, I mean I guess you would have to know complete details in the situation, but if it was that severe, umm. Yeah. Pulling the person responsible for their actions, uh, whether it be, you know, like you're talking civil case or. Some aspects screen because they're criminal depending on how this. Scene took place. So yeah, I would probably, uh. Especially if it really, really affected my child, yeah. Do you do you think you might seek any mental health treatment for your child? Yeah, I definitely probably would do that, especially if if she was, if she felt achieve and needed it. I would I would try to probably go by queues on that whole situation, but if there wasn't 0 occasion her and I still. You know her severely still suffering then yeah, I would probably. Recommend taking her to UH. You know, a psychiatrist or a therapist, someone to maybe can get, you know. Talk

about her emotions on what took place. And would you seek damages for that? There again, I guess it was depending. It would depend just to how. How the situation played out, but. Possibly, yes, I would. I would say yeah, because here's the thing. Uh, we're all humans. We, we really all should be able to control our actions. And, uh. All versus a child. You know the adult should ultimately know better and be responsible for their actions. Yes. Do you think that if there were other people observing that other people might step in if they saw somebody screaming in your child's face? I think it's very possible, especially in this day and age and and. Partly so. I mean, when I was a kid growing up, I remember. I'm just saying. When I was a child growing up, I remember. Neighborhood nannies kept everybody, all of us young, young lads, in line when we misbehaved, you know. Mm-hmm, mm-hmm. I do that that babies are kind of they like it was when I was growing up, but for sure. People close their doors rather than. It's just different. What do you think? What do you think your parent would have done? What would your father have done if he saw somebody screaming in your face and you started crying? He, uh, he was the kind of a quiet man, but boy, he got him fired

up for whatever reason. Lookout. He he's great up told you what he thought. He would he have hung out for the police. I believe so, yes. Would he have pressed charges? A possibility. You know, dads are a little bit different than moms. Mm-hmm. And I? And I don't mean this in a negative way, but. Guys are kinda like sucking up some, you know what I mean? Type of. The way it's just. It's just how males react slightly different. Than females. I'm not getting a quick example what when I when I did a no no, my dad let me borrow his car when it just got my permit very first day my mom I thought my mom to the point where she bugged my dad enough to because my dad didn't let me have it. Right. So, but anyway, a few hours later I wrecked his car and Bob tells me so I'm not to call your dad and I'm like, you don't wanna do that. I said my dad, my dad's gonna, you know, kick my butt and miss that he said all your dad wouldn't do that. I said you don't love my dad very well. Well, when my dad got there, he did. Right past the cop and just. Land based at me, I mean, and rightly so. I mean what I did, what what happened was wrong. And, and you know, he warned me of this. That's why he didn't really want me to take it. It's kinda like, uh-huh, I told you so type

of event. So that's how. I would say we're playing my real. My dad really would approach it. So now just say that you were that restaurant owner and there was a play area there of children and you had cameras, video cameras, umm.

Per my prior e-filings, screaming in the face of children does not meet the law for Disorderly Conduct and neither did standing preaching on the sidewalk as I was. Preaching is protected by the First Amendment. If I had been screaming in children's faces, the appropriate citation and arrest would have been for harassment or menacing, not disorderly conduct.

In his Interrogatory I uploaded prior, Joshua Powers said I was standing on a bench screaming in the faces of children, but if I had been on a bench, I would have had to bend down to scream in children' s faces. Why would I not simply step off of the bench to scream in children' s faces, but I did not get onto a bench at all. I was too severely disabled at the time to get up onto a bench. I was using a walker during that timeframe.

JUDGE, THE FACT IS THAT OFFICER KLUS HAD NO EVIDENCE THAT I WAS SCREAMING IN THE FACE OF CHILDREN, AND **ONE PERSON'S WORD AGAINST ANOTHER'S DOES NOT CONSTITUTE PROBABLE CAUSE UNDER THE LAW.** Under

Corpus delicti rule: A confession or single witness statement alone cannot prove the crime occurred; there must be some independent evidence. I was sidewalk preaching as I do in all of my other videos at YouTube. Please refer to my prior e-filings to see how I do it AND WATCH THIS:

https://www.youtube.com/watch?v=oqXU5V8rWnY

Here is how children respond to my preaching and how I preach in front of children:

https://www.youtube.com/shorts/UMxaqBZNZ4s

https://www.youtube.com/shorts/vr9GRL1cmVI

Yet when I relayed the story of Joshua Powers' lies of me screaming in

the face of children as I did in the link above, Officer Morales, too, picked right up with it, then had to correct himself: https://www.youtube.com/shorts/PssmvAfxW_c

The Defendants' discussion of unreasonable noise; I did not use an amplification device; I simply elevated my voice above street noise to be heard by all in the vicinity as a sidewalk preacher will naturally do. Such does not constitute unreasonable noise. There is no limited number of oms or decibels in any legal definitions of sidewalk preaching.

Regarding Attorney Murphy's argument of QUALIFIED IMMUNITY, police are not shielded by qualified immunity when they violate a person's CONSTITUTIONAL RIGHTS.

YOUR HONOR,

PLEASE DO NOT VIOLATE RULE 50. I DESERVE DUE PROCESS TRIAL BY JURY AS REQUESTED. I DID NOT CONSENT TO A MAGISTRATE JUDGE SO PLEASE BE IMPARTIAL AND GIVE ME

A FAIR HEARING.

FINALLY, IF YOU JUDGE AGAINST GOD ON EARTH, HE WILL JUDGE AGAINST YOU ON YOUR ETERNAL JUDGMENT DAY AND THE HOLY BIBLE WARNS THAT ALL LIARS WILL HAVE THEIR PART IN THE LAKE THAT BURNS WITH FIRE AND BRIMSTONE. IF YOU SUPPORT LYING POWERS AND KLUS, THEN YOU HAVE LIED ALSO UNDER VICARIOUS RESPONDENT LIABILITY THEORY. GOD IS NOT MOCKED; YOU WILL REAP WHAT YOU SOW.

I WRITE THESE THINGS AND I PREACH THE WAY I DO BECAUSE I LOVE YOUR SOUL AND WANT TO PRESERVE IT. I AM A STREET EVANGELIST WHO IS ABOUT THE PRESERVATION OF EVERY SOUL, BUT SATAN DESPERATELY WANTS TO ARREST AND INCARCERATE ME AT EVERY OPPORTUNITY.

IF YOU SIDE WITH THE DEFENDANTS IN THIS CASE, YOU BECOME GUILTY OF THE WRONGFUL ARREST,

INCARCERATION, BRUTAL BEATINGS, AND CRUCIFIXION OF JESUS CHRIST with NO MORE SACRIFICE FOR THIS SIN.

As for me, I am THE BRIDE OF CHRIST, here to warn you IN JESUS NAME. I dare you to do what is right instead of simply satisfying your FLESH.

What do you think He will do to those who abuse His bride?

What would you do if you were God?

He will return your own WORDS AND ACTIONS to you, so on your JUDGEMENT DAY, you can expect Him to show you your own MIDDLE FINGER

and Say,

# UP YOURS!!! Before He Casts you into Hell for Eternity with Keegan,

Josh, and all those implicit for lying and concealing as the Beaverton PD.

Sorry, Keegan. EYE FOR EYE, TOOTH FOR TOOTH, JAIL FOR JAIL, ANGER FOR ANGER, HELL FOR HELL.

Would you please revisit the interrogatory of Joshua Powers? He said I was standing on a bench screaming in the faces of children but in the video he said I was so close to the children, e.g. right in their faces. Was I standing on the bench but bending down to scream in their faces? His story is full of HOLES. I have caught him in lies as previously stated. I have more questions I would like to ask him to prove his lies but if you dismiss the case prior to due process jury trial, you will have disallowed a fair hearing.

KLUS and POLICE CHIEF JEPSON OBJECTED TO MOST EVERY QUESTION OF MY INTERROGATORIES, AND I DON'T BELIEVE I EVER RECEIVED ANSWERS TO JACOBS' INTERROGATORY. HE IS IN

CONTEMPT OF COURT. WOULD YOU PLEASE HOLD THE POLICE RESPONSIBLE FOR TRUTH AND RIGHTEOUSNESS? I HAVE THE RIGHT TO HAVE MY INTERROGATORY AND OTHER QUESTIONS ANSWERED RATHER THAN FOR THIS CASE TO BE WRONGFULLY DISMISSED BASED ON PARTIAL INFO.

IMAGE CREDITS:

IMAGE CREDITS: For all of my media although not all pictured here, my image credits include: Charlie Kirk - Gage Skidmore; Billy Graham - Warren K. Leffler; U.S. News & World Report; Library of Congress; Donald Trump - Shealeah Craighead, Gage Skidmore, Michael Vadon, Daniel Torok; Lars Larson (Ackpdx); Martin Luther King, Jr. - (Nobel Foundation); David Jeremiah (Dr.) - Ldula; Mahmoud Abbas (Matty Stern); Benjamin Netanyahu (U.S. Dept. of State, the Curious Gnome, Lawrence Jackson; Subur Martiana); Glenn Beck: (Gage Skidmore) Xi Jinping: (Dati Bendo), Palácio do Planalto, Truyền hình Đà Nẵng I DaNangTV; Anne Frank: unknown; Vladimir Putin: Russian Presidential Press and Information Office; Adolph Hitler, Holocaust: Creative Commons, Governor Tina Kotek: Tony Miller; Joe Biden - Daniel Schwen; Elon Musk - Steve Jurvetson, Justin Pacheco; Mahmoud Abbas - Matty Stern; Trevor Cokley
Vladimir Putin Пресс-служба Президента России
Kim Jong Un Alexei Nikolsky
UN Secretary General Antonio Guterres
Ethiopian President Taye Atske Selassie - Russian Government
Sudan President Abdel Fattah al-Burhan
MC Hammer - Brian Solis
Berlin East Side Gallery: Joachim F. Thurn
Benjamin Netanyahu signature חתימתו הרשמית באנגלית של נתניהו
Ron Noble OR Dept Transportation & OR Nat'l Guard

HOLOCAUST
Dead Skinny: DP Elliot
Living Skinny Men Standing: Arnold E. Samuelson
Carrying the Dead: No 5 Army Film & Photographic Unit SGT H Oakes
Picnicking: No 5 Army Film & Photographic Unit SGT Midgley
Woman not in the pile: No 5 Army Film & Photographic Unit SGT Morris
Gunman: Jerzy Tomaszewski
Shoes: Bibi595
Pile of Corpses: SSG Frank Magid

Dead bodies on train tracks: Stanisław Mucha
Jews handcuffed in color: Settimioma
Starving child memorial: P L Chadwick
Stretcher: Louise Palanker
Two men standing in front of corpse laying
Homeless in the holocaust camp: Harold M. Roberts
Arm numbered: Frankie Fouganthin
Query Holocaust, Holocaust Dead, & Holocaust Corpse at Wikimedia Commons

Jim Jones: Nancy Wong

Star Spangled Banner: United States Air Force Band, Concert Band
https://commons.wikimedia.org

INSTEAD, WHY NOT JOIN ME AS THE BRIDE OF CHRIST RATHER THAN CHANCE YOUR ETERNAL SOUL?

If you are not homosexual or abortionist, maybe you are just a God-hater; therefore, God Will Hate you, Satan, unless you repent, and you will go to Hell forever.

When you jailed me, you jailed CHRIST as I represent Him. Therefore, He Will Jail you if you refuse to repent.

THUS SAITH THE LORD GOD ALMIGHTY
AS I AM HIS MOUTHPIECE:

With whom you marry on Earth will, in large part, determine your eternity because we become like our associations, whether they be good, or whether they be evil.

JUDGE BECKERMAN,

YOUR SUFFERING WILL BEGIN AGAIN NOW. I GAVE YOU A REPRIEVE WHEN YOU ASKED ME TO, BUT I HEREBY RECOMMENCE IT NOW UNTIL YOU ORDER A JURY TRIAL FOR MY SERVANT.

OR, INSTEAD OF A HOMOSEXUAL, R U A CHIRSTIAN WITHOUT A CROSS
LIKE AMANDA SMEDLEY?

AMANDA, WHY DID YOU NOT STAND UP FOR ME IN JESUS NAME? FOR THAT, YOU WILL NOT MAKE HEAVEN UNLESS YOU DO IT NOW. CALL ME AT (971) 901-0788 & I WILL TELL U HOW.

DON'T PLACE YOUR ADULTS WITH DEVELOPMENTAL DISABILITIES WITH SERVICESOURCE: Williams Vs. ServiceSource of Oakton, Virginia in the U.S. District Court & in the Fairfax County Court for Multiple Crimes

Now available at:

YOUR HONOR, Do you blame me for being angry upon the death of my daughter, my own suicidal ideation, and yet having to fight with Satan against all of his lies and I cannot even achieve true justice in the justice system? What's wrong with this picture? Would you please take the high road and truly be honorable in the face of all of my suffering rather than just huffing and deciding against me? Did you get your justice degree out of a cracker jack box? I don't mean to offend you; I just don't know how to control my anger in the face of my daughter's death, my poverty, disability, suicidal ideation, living in my car, all of this, and you siding with Satan's lies. LOVE IN JESUS NAME,
YOUR ENEMY WHO IS PRAYING FOR YOUR SOUL.

- AMBER WILLIAMS

P.S., Would you please recuse yourself if you cannot be impartial in this case? If you can, would you please schedule the jury trial?

Stacy Jepson (Chief of Police) refused to provide the video cam in which no toilet paper was provided SO I HAD TO WIPE ON MY SKIRT. What is wrong with our PDs today?

Here's the whole problem:

IMAGE OF DONUT REMOVED

Do I look like a criminal or someone who would scream in childrens faces to you?

Thank you.




I am Dr. Amber Williams, the 2nd of the Two Witnesses of Revelation 11:3. I hereby testify against you IN JESUS NAME.

I am the author of WE BE BRETHREN, a free e-Magazine at Lulu, which is the long Biblically-awaited DANIEL PROPHESIED Peace Treaty covenant:

https://www.lulu.com/shop/publius-666-and-jesus-amber-williams-and-amberly-williams

-and-amber-williams/we-be-brethren/ebook/product-gj8e8ky.html?q=we+be+brethren&page=1&pageSize=4

Or go to Lulu Bookstore online and query We Be Brethren or JESUS AMBER WILLIAMS to find it. Find all of my e-Magazines at Google Play Books under JESUS AMBER WILLIAMS.

DO YOU HAVE FIREMAN'S INSURANCE?

Your Honor, has any government agency ever neglected you TOILET PAPER? Have you ever had to wipe yourself on your skirt because the police were too busy having their affairs and eating their donuts?

The videos of the arrest and incarceration the Defense submitted as evidence were strategically muted. Please give me a fair hearing so I can prove Joshua Powers lied and that the police did not have probably cause to arrest me.

POKES UP THE BUTT COMING IN THE NEXT JESUS AMBER WILLIAMS E-MAGAZINE, so until then,

THUS SAITH THE LORD GOD ALMIGHTY:

I hereby turn the middle finger you stuck up in my face when you made your choices to contradict and defy My Word, THE HOLY BIBLE back upon you. Unless you give Amber a fair due process hearing, when you die and try to get into Heaven, I'll be telling you,



UP YOURS!!!

Now go to Hell for eternity because you did not obey Me and you defied My Prophetess, Amber. A prophet is someone who preaches My Word without fear or favor. Will you repent today and give Amber a fair due process hearing, or will you defy Me and violate Rule 50 and go to Hell?

Don't chance your soul. Signed in My Name in My Red Blood on Amber's forehead, see

above.

Attorney Murphy, if you would like to settle now, my settlement requirement is $700,000. Whereas, I said I would not settle at all because you have been so cruel to me in my disability and suicidal ideation, I changed my mind. The Almighty will recompense me even if I lose the case, and you will go to Hell for representing Satan EVEN THOUGH JESUS LOVES YOU. He is much more severe than you think. Read THE HOLY BIBLE about when He opened up the Earth and let the sons of Kore fall into Hell. When He struck Uzzah dead for stabilizing the Ark, how He whipped the money-changers out of the temple. Now repent of your adultery and agree with Amber and serve God, then the Almighty will receive you, but, if not, refer back to the middle finger.

Your Honor, I have already provided the interrogatory of Joshua Powers. Attorney Murphy answered the interrogatories of the others so that they are not worth submitting; they did not yield true and honest answers to the questions asked. I have already submitted other evidence and Affidavits so that a due process jury trial is fair and reasonable.

IF YOU FAIL TO ACCEPT MY PRIOR UPLOADED WITH IMAGES TO HELP ME EXPRESS MYSELF YOU VIOLATE THE ADA AND IF YOU DO NOT GIVE ME A FAIR HEARING, YOU VIOLATE RULE 50. IF I DID NOT ADEQUATELY ADDRESS EVERY POINT IN KEEGAN'S REQUEST FOR SUMMARY JUDGMENT IN THE SEVERITY OF MY DISABILITY JUST AFTER MY DAUGHTER

COMMITTED SUICIDE AND YOU DISMISS THE CASE WRONGFULLY, YOU WILL HAVE VIOLATED THE ADA. I DO NOT MEAN TO BE DISRESPECTFUL OR DISCORDIAL, BUT I AM EXTREMELY DISTROUGHT. PLEASE FORGIVE WHAT APPEARS TO BE DISORGANIZED THOUGHT; IT IS SIMPLY THE ABSENCE OF IMAGES WHICH YOU CAN FIND THE FULL DOCUMENT AT LULU; PLEASE READ IT AS AN ADA ACCOMMODATION. TO REQUIRE ME TO REPEAT WHAT IS ALREADY STATED INSIDE THE COMPLAINT AND OTHER DOCUMENTS I HAVE ALREADY UPLOADED IS UNFAIR AND UNREASONABLE IN MY DISABILITY.

GO TO THE LULU BOOKSTORE AND TYPE IN BECKERMAN. IT SHOULD BE THE TOP BOOK LISTED BY JESUS AMBER WILLIAMS.

THUS SAITH THE LORD GOD ALMIGHTY:

JUDGE BECKERMAN, ATTORNEY MURPHY, YOU HAVE NOT DONE MY WILL. YOU HAVE GONE YOUR OWN WAY INSTEAD OF SERVING ME. I GAVE YOU YOUR OCCUPATIONS SO YOU WOULD FULFILL JUSTICE IN TRUTH BUT YOU ARE AS CROOKED AS THE DAY IS LONG. IF YOU SIDE AGAINST MY PROPHETESS, I WILL CAST YOU INTO HELL. SIGNED AND SEALED IN MY BLOOD IN MY NAME ON AMBER’S FOREHEAD.

A NOTE FROM BRENT WILLIAMS, AMBER’S FATHER WHO IS IN HEAVEN:

HEY, KEEGAN. YOU PUCKED WITH MY DAUGHTER, I PUCK WITH YOU. TOMORROW YOU WILL HAVE HEMERRHOIDS LIKE NOBODY’S BUSINESS. SO WILL THE JUDGE. THAT IS MY SIGN AND WARNING AGAINST YOU.

NOW GO TO HELL.

A NOTE FROM BRENT'S FATHER:

YOU HAVE NOT DONE MY WILL. AMBER IS MY PRIDE AND JOY BUT YOU HAVE CAUSED HER UTMOST AGONY IN HER SUFFERING. THEREFORE I WILL CAUSE YOU TO SUFFER. TO THE HEMMERRHOIDS, I HEREBY ADD CONSTIPATION. THAT WILL HAPPEN IN A COUPLE OF DAYS. YOU WILL HAVE CONSTIPATION SO BAD YOU CAN'T SEE STRAIGHT, AND IT WON'T RESOLVE UNTIL YOU MAKE A DECISION TO SIDE WITH AMBERLY.

A NOTE FROM BRENT'S MOTHER:

I WILL ADD THAT YOU WILL GO TO HELL ON EARTH NOW IN A CERTAIN WAY. YOU WILL BEGIN SUFFERING AND WON'T KNOW WHY UNTIL YOU READ THIS DOCUMENT. YOUR SUFFERING WILL NOT END UNTIL YOU AGREE TO PAY AMBERLY A SETTLEMENT OR GO TO COURT AND LET THE JURY DECIDE.

A NOTE FROM AMBER'S LATE DAUGHTER:

IF YOU DON'T BELIEVE MY MOTHER IS TAPPED INTO THE SPIRITUAL REALM AND HEARS OUR VOICES, YOU'LL BELIEVE IT WHEN YOU SEE ME, AND I am SO ANGRY AT YOU I CAN'T SEE STRAIGHT. I HAVE THE POWER TO CAST INTO HELL THOSE WHO HAVE OFFENDED MY FAMILY MEMBERS. YOU WILL BE BEGGING ME FOR MERCY. I AM VANESSA. IF YOU HAD NOT TIED AMBERLY UP IN THIS LAWSUIT I WOULD NOT HAVE COMMITTED SUICIDE BECAUSE SHE WOULD HAVE HAD TIME TO ATTEND TO ME, BUT

MY MOTHER SERVICES THE LORD WITH ALL OF HER HEART.

THUS SAITH AMBER'S GREAT MOTHER HELEN.

GO AHEAD AND HAVE YOUR ICE CREAM. YOU WILL NEED IT WHEN I SCREAM IN YOUR FACE BEFORE I CAST YOU INTO HELL WITH JOSHUA POWERS FOR LYING AND CHEATING WHETHER VICARIOUSLY OR DIRECTLY. NOW TO JOSHUA POWERS, YOU WILL SOON DIE AND GO TO HELL. YOU WILL FALL ILL WITH A SICKNESS, BUT IF YOU REPENT, THE LORD MAY SAVE YOUR LIFE AND PRESERVE YOU FROM HELL, BUT IF YOU DON'T, YOU WILL SOON DIE AND GO TO HELL.

THE SAME WITH DEAN BIGGI.

WOULD DOM PLEASE COME FORWARD AND ADMIT JOSH AND DEAN LIED WHETHER DIRECTLY OR VICARIOUSLY BY NOT COMING FORWARD WITH THE TRUTH AND DESTROYING THE VIDEO THAT WOULD HAVE ABSOLVED AMBER? IF NOT, YOU WILL DIE IN YOUR SINS AND GO TO HELL FOREVER. YOU HAVE HAD NO MERCY ON AMBER'S SUFFERING; THEREFORE, SAITH THE LORD, I WILL HAVE NO MERCY ON YOU. YOUR SUFFERING WILL BEGIN TOMORROW AS A SIGN. YOU WILL ALL FALL ILL. SIGNED AND SEALED IN MY RED BLOOD IN MY NAME ON AMBER'S FOREHEAD. I AM THE LORD GOD ALMIGHTY WHOM YE OFFENDED.

NOW GO TO HELL, EVERYONE. YOUR SUFFERING BEGINS NOW AND I

WON'T LET UP UNTIL YOU SIDE WITH AMBER. KEEGAN, PAY HER AT LEAST $700,000 OR GO TO HELL. YOU'LL BE CONSTIPATED UNTIL YOU DIE AND THE POLICE WILL NEED A NEW ATTORNEY. I MEAN THAT TO MY CORE. I AM TIRED OF SEEING AMBER SUFFER AT YOUR HANDS.